ARTHUR HARDONCOURT, Appellant, *v.* IRENE J. HARDON-COURT et al., Respondents.

Argued May 25, 1939; decided June 19, 1939.

*Arthur Hardoncourt*, appellant in person.

*James W. Bailey* for Irene J. Hardoncourt, respondent.

Judgment affirmed, with costs; no opinion. (See 281 N. Y. 678.)

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.